TRANSFERRED MDL

# U.S. District Court
# Northern District of Alabama (Southern)
# CIVIL DOCKET FOR CASE #: 2:07-cv-01157-IPJ
# Internal Use Only

Theoret v. Davol, Inc. et al
Assigned to: Judge Inge P Johnson
Case in other court: Circuit Court of Jefferson County, Alabama, CV2007-900881
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 06/20/2007
Date Terminated: 09/10/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Stephanie Theoret**
*an individual*

represented by **Leigh King Forstman**
PITTMAN DUTTON KIRBY & HELLUMS PC
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
205-322-8880
Fax: 205-328-2711
Email: leighf@pdkhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a corporation*

represented by **Crawford S McGivaren, Jr**
CABANISS JOHNSTON GARDNER DUMAS & O'NEAL
PO Box 830612
Birmingham, AL 35283-0612
716-5200
Email: csm@cabaniss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie M Bass**
CABANISS JOHNSTON GARDNER DUMAS & O'NEAL
PO Box 830612

Case 1:07-cv-01888-ML-LDA Document 2-4 Filed 09/12/2007 Page 2 of 4

Birmingham, AL 35283-0612
716-5200
Email: mmb@cabaniss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.**
*a corporation*

represented by **Crawford S McGivaren, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie M Bass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | NOTICE OF REMOVAL from Circuit Court of Jefferson County, Alabama, case number CV2007-900881. ( Filing fee $ 350, receipt #200 237453 ), filed by Davol, Inc., C.R. Bard, Inc.(ASL, ) Additional attachment(s) added on 6/21/2007 (ASL, ). (Entered: 06/21/2007) |
| 06/20/2007 | 2 | NOTICE of Corporate Disclosure by Davol, Inc., C.R. Bard, Inc. (ASL, ) (Entered: 06/21/2007) |
| 06/20/2007 | | Set/Reset Deadlines: Rule 26 Meeting Report due by 8/20/2007. (ASL, ) (Entered: 06/21/2007) |
| 06/21/2007 | 3 | ORDER re 1 Notice of Removal filed by Davol, Inc., C.R. Bard, Inc., Evidentiary Hearing set for 6/28/2007 02:00 PM before Judge Inge P Johnson. Signed by Judge Inge P Johnson on 6/21/07. (ASL, ) (Entered: 06/21/2007) |
| 06/27/2007 | 4 | ORDER that the evidentiary hearing previously set in this case for June 28, 2007, at 2:00 p.m., is CANCELED. Signed by Judge Inge P Johnson on 6/27/07. (ASL, ) (Entered: 06/27/2007) |
| 06/27/2007 | 5 | ORDER SETTING TRIAL Pretrial Conference set for 4/28/2008; Jury Trial set for 5/5/2008 09:00 AM before Judge Inge P Johnson; parties are ordered to submit report of parties' planning in accord with this trial date. Signed by Judge Inge P Johnson on 6/27/07. (ASL, ) (Entered: 06/27/2007) |
| 06/27/2007 | 6 | ANSWER to Complaint with trial by jury as to all issues by Davol, |

| | | |
|---|---|---|
| | | Inc., C.R. Bard, Inc..(Bass, Melanie) (Entered: 06/27/2007) |
| 06/27/2007 | 7 | MOTION to Dismiss *Count III, Count IV, Count V, Count VII and Count VIII of Plaintiff's Complaint* by Davol, Inc., C.R. Bard, Inc.. (Bass, Melanie) (Entered: 06/27/2007) |
| 06/27/2007 | 8 | Brief re7 MOTION to Dismiss *Count III, Count IV, Count V, Count VII and Count VIII of Plaintiff's Complaint*. (Bass, Melanie) (Entered: 06/27/2007) |
| 06/28/2007 | 9 | ORDER re 7 MOTION to Dismiss *Count III, Count IV, Count V, Count VII and Count VIII of Plaintiff's Complaint* filed by Davol, Inc., C.R. Bard, Inc.; pla is allowed 14 days to respond to said motion and memorandum. Signed by Judge Inge P Johnson on 6/28/07. (ASL, ) (Entered: 06/28/2007) |
| 07/02/2007 | 10 | NOTICE by Davol, Inc., C.R. Bard, Inc. *Notice of Discovery* (Bass, Melanie) (Entered: 07/02/2007) |
| 07/05/2007 | 11 | CIVIL COST BILL from the Circuit Court of Jeffeson County, pla amount $417.20. (KSS, ) (Entered: 07/06/2007) |
| 07/12/2007 | 12 | RESPONSE to Motion re 7 MOTION to Dismiss *Count III, Count IV, Count V, Count VII and Count VIII of Plaintiff's Complaint* filed by Stephanie Theoret. (Forstman, Leigh) (Entered: 07/12/2007) |
| 07/17/2007 | 13 | ORDER granting in part and denying in part 7 Motion to Dismiss Counts III, IV, V, VII, and VIII of the pla's complaint, as set out in this order. Signed by Judge Inge P Johnson on 7/17/07. (ASL, ) (Entered: 07/17/2007) |
| 07/20/2007 | 14 | MOTION to Alter Judgment */Portion of Court's Order of July 17, 2007* by Stephanie Theoret. (Forstman, Leigh) (Entered: 07/20/2007) |
| 07/31/2007 | 15 | ORDER that pla's 14 Motion to alter a portion of this court's Order of July 17, 2007, is DENIED, without prejudice to pla's right to file an amended complaint. Signed by Judge Inge P Johnson on 7/31/07. (ASL, ) (Entered: 07/31/2007) |
| 09/10/2007 | 16 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of Rhode Island for inclusion in MDL; certified copy of docket entries and notice of removal with attachments requested by transferee clerk e-mailed to Clerk of Court in District of Rhode Island. (Attachments: # 1 letter to USDC Rhode Island)(ASL, ) (Entered: 09/10/2007) |

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

BY: A. Langley
DEPUTY CLERK